UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80279-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT M. DUBOIS JR. and
JOAN C. DUBOIS,

    Defendants.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE is before the Court upon Plaintiff United States' Motion for Preliminary Injunction (the "Motion") [DE 4], and the May 3, 2023 Magistrate Judge's Report and Recommendation (the "Report") [DE 45]. The Court notes that no objections to the Report [DE 45] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 45] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 45] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 45] is hereby **ADOPTED** and **APPROVED**;

2. The United States' Motion for Preliminary Injunction [DE 4] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge McCabe
Counsel of Record