IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-cv-80279-Dimitrouleas/McCabe

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROBERT M. DUBOIS JR. and<br>JOAN C. DUBOIS, | ) |
| Defendants. | ) |

**<u>UNITED STATES' NOTICE OF NON-OBJECTION TO REPORT & RECOMMENDATION ON DE 100</u>**

The United States does not object to Magistrate Judge Ryon M. McCabe's Report and Recommendation (Dkt. 107). The United States respectfully requests that the Court adopt Judge McCabe's Recommendation and issue the Amended Writ of Attachment and Writ of Garnishment as soon as practicable.

Dated: December 21, 2023

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Nicholas S. Willingham*
NICHOLAS S. WILLINGHAM
Special Bar No. A5503138
D.C. Bar No. 1656972
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Telephone: (202) 307–6445
Facsimile: (202) 514–4963
Nicholas.Willingham@usdoj.gov

*Co-Counsel*

Jeremy A. Rill
Special Bar No. A5502675
Fla. Bar No. 124485
Jeremy.A.Rill@usdoj.gov

Of Counsel:
Markenzy Lapointe
United States Attorney
Southern District of Florida